# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2022

*The Court of Appeals hereby passes the following order:*

## A22E0044.  GREGORY B. EVANS et al. v. GSB CREDIT SOLUTIONS, LLC.

The plaintiff in the underlying suit, GSB Credit Solutions, LLC, filed a motion seeking the appointment of a receiver for the sale of certain real property located at 94 Howell Street Northeast, Atlanta, Georgia.In an order dated March 18, 2022, the trial court granted the motion, appointing a receiver to "manage, market and sell the Property."

On March 24, 2022, Gregory B. Evans and Dedra J. Evans (collectively the "Defendants") filed a notice of appeal from the trial court's order establishing the receivership, but the appeal has not yet been docketed in this Court. The Defendants also filed an emergency motion in this Court seeking a writ of supersedeas, which this Court denied. See OCGA § 9-11-62 (a) ("Unless otherwise ordered by the court, an interlocutory or final judgment in an action for an injunction or in a receivership action shall not be stayed during the period after its entry and until an appeal is taken or during the pendency of an appeal.").

On April 6, 2022, the Defendants filed an emergency motion for a writ of supersedeas in the trial court. In an April 15, 2022 order, the trial court, "[h]aving considered the [m]otion and its accompanying exhibits, as well as the complete record of the case, . . . decline[d] to exercise its authority to issue a writ of supersedeas."

The Defendants then filed the instant emergency motion in this Court once again seeking a writ of supersedeas. This Court's Rule 40 (b) emergency powers are limited and intended to be used sparingly. Rule 40 (b) provides in pertinent part that we may only "issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from

becoming moot." We have reviewed the material submitted in connection with the motion, and find once again that the Defendants have failed to establish that the exercise of our emergency powers is merited. Accordingly, the Defendants' emergency motion is DENIED.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* __04/22/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*